UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
QIQIU SUN,                                                      :
                                      Petitioner,               :
                                                                :          21 Civ. 10202 (LGS)
                    -against-                                   :
                                                                :                  ORDER
ALEJANDRO MAYORKAS, ET AL.,                                     :
                                      Respondents.  :
--------------------------------------------------------------- X
LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Petitioner initiated this case with a petition in the nature of mandamus on

December 1, 2021, and requested summonses on January 12, 2022, and February 23, 2022.

        WHEREAS, Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served

within 90 days after the complaint is filed, the court—on motion or on its own after notice to the

plaintiff—must dismiss the action without prejudice against that defendant or order that service

be made within a specified time.  But if the plaintiff shows good cause for the failure, the court

must extend the time for service for an appropriate period."

        WHEREAS, ninety days have passed since Petitioner filed this case, and Petitioner has

not filed proof of service on the docket.  It is hereby

        **ORDERED** that by **March 4, 2022**, Petitioner shall file a letter stating whether

Respondents have been served and if not, whether any good cause exists for an extension of time

to serve Respondents.  If Petitioner has served Respondents, Petitioner shall file proof of service

on the docket.  Petitioner is advised that failure to comply with the Federal Rules and Court-

ordered deadlines may result in sanctions, including dismissal.

Dated: March 2, 2022
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE