UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
QIQIU SUN,

                              Petitioner,

              -against-

ALEJANDRO MAYORKAS, et al.,

                             Respondent.
-------------------------------------------------------------X

21 Civ. 10202 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Petitioner filed a petition in the nature of mandamus on December 1, 2021.

       WHEREAS, Respondents appeared in this action on March 15, 2022.  It is hereby

       **ORDERED** that by **March 22, 2022**, the parties shall file a joint letter proposing a briefing schedule for any dispositive motions they intend to file.  The parties shall also state whether they would like a referral to Judge Freeman for a settlement conference or to the Court-annexed mediation program for mediation.

Dated: March 16, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE